IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Murrieta,<br><br>                            Plaintiff,<br><br>v.<br><br>Corrections Corporation of America, Inc., et al.,<br><br>                            Defendants. | NO. 1:16-cv-01552-DAD (JLT)<br><br>**ORDER DISMISSING ALL CLAIMS AGAINST CORRECTIONS CORPORATION OF AMERICA, INC. ONLY, WITH PREJUDICE** |

The Court having received the parties' Stipulation of Dismissal of all Claims Against Corrections Corporation of America, Inc. with Prejudice, and good cause appearing:

The Court **ORDERS** all claims asserted by Plaintiff against Defendant Corrections Corporation of America, Inc. to be DISMISSED with prejudice, each party will bear its own costs in this matter and shall not seek reimbursement of their costs or attorneys' fees from the other party.

IT IS SO ORDERED.

Dated:   **December 27, 2016**              **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE