1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   CHRISTOPHER J. BECKER, State Bar No. 230529
    Supervising Deputy Attorney General
3   DIANA ESQUIVEL, State Bar No. 202954
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone: (916) 210-7320
6     Facsimile: (916) 324-5205
      E-mail: Diana.Esquivel@doj.ca.gov
7
    *Attorneys for Defendants Hansen and Hightower*
8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                          FRESNO DIVISION

12

13  **CATHERINE MURRIETA,**                 No. 1:16-cv-01552 SKO

14                           Plaintiff,     **STIPULATION AND ORDER TO
                                            ADVANCE PRETRIAL CONFERENCE
15       v.                                 AND TO APPEAR BY TELEPHONE AT
                                            THE HEARING**
16

17  **CORRECTIONS CORPORATION OF           (Doc. 22)**
    AMERICA, et al.,**
18                                          Judge:        Hon. Sheila K. Oberto
                             Defendants.    Trial Date:   November 13, 2017
19                                          Action Filed: October 13, 2016

20

21

22        Under Federal Rule of Civil Procedure 16(e) and Local Rules 143 and 282, the parties,

23  through their respective counsel of record, request that the Court advance the date of the Pretrial

24  Conference to September 25, 2017, at 2 p.m.  The Pretrial Conference was recently moved to

25  October 4, 2017 (*see* ECF No. 21), a date on which that parties' attorneys are not available—

26  Plaintiff's attorney will be in trial, and defense counsel will be out of the state.  Good cause

27  therefore exists to advance the Pretrial Conference to September 25.  (The parties have contacted

28  the Courtroom Deputy to confirm this date is available on the Court's calendar.)  The parties

                                          1

1    agree to file the joint pretrial statement seven days before September 25, as required under Local
2    Rule 281(a)(2).

3         The parties further request that they be permitted to appear telephonically at the Pretrial
4    Conference.  Plaintiff's counsel is located in Los Angeles, and Defendants' attorney is in
5    Sacramento.  A telephonic appearance will save time and resources, and the parties' attorneys
6    will be prepared to discuss all the required issues for trial regardless of their manner of
7    appearance at the hearing.

8

9    Dated:  August 24, 2017                    Respectfully submitted,

10                                              XAVIER BECERRA
                                                Attorney General of California
11                                              CHRISTOPHER J. BECKER
                                                Supervising Deputy Attorney General
12

13                                              */s/ Diana Esquivel*

14                                              DIANA ESQUIVEL
                                                Deputy Attorney General
15                                              *Attorneys for Defendants*

16

17   Dated:  August 24, 2017                    LAW OFFICES OF GREG W. GARROTTO

18

19                                              */s/ Greg W. Garrotto* (as authorized 8/24/17)

20                                              GREG W. GARROTTO
                                                *Attorney for Plaintiff*

21

22   //

23   //

24   //

25   //

26   //

27   //

28

2

**ORDER**

Good cause appearing, the parties' above stipulated request to advance the Pretrial Conference and to appear by telephone at the hearing (Doc. 22) is GRANTED. The Pretrial Conference is advanced to **September 25, 2017, at 2:00 p.m.** before the undersigned in Courtroom 7. By no later than September 18, 2017, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format their joint pretrial statement. Finally, the attorneys for the parties may appear at the Pretrial Conference by telephone; all parties intending to appear telephonically shall coordinate one conference call to the Court at (559) 499-5790 at the appointment time.

As discussed during the telephonic conference hearing held on this date, the parties shall also attend a settlement conference on **September 12, 2017, at 1:00 p.m.** in Courtroom 10 before the Honorable Erica P. Grosjean. The parties shall submit their confidential settlement statements to EPGorders@caed.uscourts.gov by no later than September 5, 2017.

IT IS SO ORDERED.

Dated:   **August 29, 2017**                                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE